IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT SNIPE, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Petitioner,

v.          CASE NO. 1D16-3812

STATE OF FLORIDA,

  Respondent.

_____/

Opinion filed September 14, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Robert Snipe, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  The petition alleging ineffective assistance of appellate counsel is denied on the merits.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.